Joseph E. Addiego III (CA State Bar No. 169522)
Salle E. Yoo (CA State Bar No. 182703)
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, California  94111
Telephone:    (415) 276-6500
Facsimile:     (415) 276-6599
Email:          joeaddiego@dwt.com
                    salleyoo@dwt.com

Attorneys for Plaintiff
Clearwire Spectrum Holdings, LLC

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Clearwire Spectrum Holdings, LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>Peralta Community College District, a California public agency,<br><br>    Defendant. | Case No.  06-03808 SBA<br><br>Action Filed: June 16, 2006<br><br>**STIPULATION AND  ORDER TO EXTEND FILING DEADLINES ON MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:   Hon. Saundra B. Armstrong |

Pursuant to Local Rule 7-12 of the United States District Court for the Northern District of California, IT IS HEREBY STIPULATED by and between Plaintiff Clearwire Spectrum Holdings, LLC ("CSH" or "Clearwire") and Defendant Peralta Community College District ("Peralta") (collectively, the "Parties") and requested of this Court that the deadlines set forth in this Court's June 22, 2006 Order Denying Plaintiff's Ex Parte Motion for a Temporary Restraining Order concerning the briefing on any potential Motion by CSH for a Preliminary Injunction be extended, so that the Parties may have a short period of time to explore the potential resolution of this matter without the necessity of incurring the expense of preparing such moving, opposition and reply papers.

IT IS FURTHER STIPULATED THAT CSH, if it desires to file a motion for preliminary

1  injunction, shall file its moving papers no later than Friday, June 30, 2006.  Peralta shall file its

2  opposition, if any, no later than Friday, July 7, 2006. Plaintiff shall file its reply, if any, no later

3  than Tuesday, July 11.  The July 18, 2006 hearing date remains the same as set forth in the Court's

4  June 22, 2006 Order.

5      IT IS SO STIPULATED.

6      DATED this 27th day of June, 2006.

7                                                                Respectfully submitted,

8                                                                DAVIS WRIGHT TREMAINE LLP

9                                                                By:    */s/  Joseph E. Addiego III*
10                                                                         Joseph E. Addiego III

11                                                               Attorneys for Plaintiff
                                                                 Clearwire Spectrum Holdings LLC
12

13     DATED this 27th day of June, 2006.

14                                                               GIBBS & OLIPHANT LLP

15

16                                                               By:    */s/  Harold P. Smith*
                                                                         HAROLD P. SMITH
17                                                               Attorneys for Peralta Community
                                                                          College District
18

19                                         **ORDER**

20     The above Stipulation and [Proposed] Order to Extend Filing Deadlines on Motion For

21  Preliminary Injunction is hereby adopted and approved by the Court.  The parties are ordered to

22  comply with this Order.

23     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

24     Dated:  June 28, 2006

25

26                                                               _____
                                                                 The Honorable Saundra Brown Armstrong
27                                                               Judge of the U.S. District Court
                                                                 Northern District of California
28

                                              2
STIPULATION AND [PROPOSED] ORDER RE MOTION FOR PRELIMINARY INJUNCTION          SFO 297868v2 65187-634
Case No. 06-03808 SBA

*(left margin: DAVIS WRIGHT TREMAINE LLP)*