Joseph E. Addiego III (CA State Bar No. 169522)
Salle E. Yoo (CA State Bar No. 182703)
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599
Email:         joeaddiego@dwt.com
                   salleyoo@dwt.com

Attorneys for Plaintiff
Clearwire Spectrum Holdings, LLC

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Clearwire Spectrum Holdings, LLC, a Nevada limited liability company,<br><br>             Plaintiff,<br><br>      v.<br><br>Peralta Community College District, a California public agency,<br><br>             Defendant. | Case No. 06-03808 SBA<br><br>Action Filed: June 16, 2006<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:   Hon. Saundra B. Armstrong |

Pursuant to Local Rule 7-12 of the United States District Court for the Northern District of California, IT IS HEREBY STIPULATED by and between Plaintiff Clearwire Spectrum Holdings, LLC ("CSH" or "Clearwire") and Defendant Peralta Community College District ("Peralta") (collectively, the "Parties") and requested of this Court that the deadlines set forth in the STIPULATION AND [PROPOSED] ORDER TO EXTEND FILING DEADLINE ON MOTION FOR PRELIMINARY INJUNCTION, signed by this Court on June 28, 2006 ("Stipulation"), be further modified as follows:  CSH is to file its moving papers no later than **Monday July 3, 2006**.  The Parties agree that the remaining filing deadlines and the hearing date, as set forth in the Stipulation are to remain unchanged.

IT IS SO STIPULATED.

1
JOINT STIPULATION AND [PROPOSED] ORDER RE MOTION FOR PRELIMINARY INJUNCTION                SFO 316114v1 65187-634
Case No. 06-03808 SBA

DATED this 29th day of June, 2006.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By:    */s/ Joseph E. Addiego III*
       Joseph E. Addiego III

Attorneys for Plaintiff
Clearwire Spectrum Holdings LLC

DATED this 29th day of June, 2006.

GIBBS & OLIPHANT LLP

By:    */s/ Harold P. Smith*
       HAROLD P. SMITH
Attorneys for Peralta Community
College District

## ORDER

The above Joint Stipulation and [Proposed] Order to Extend Filing Deadlines on Motion For Preliminary Injunction is hereby adopted and approved by the Court. The parties are ordered to comply with this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 5, 2006

*Saundra B Armstrong*
The Honorable Saundra Brown Armstrong
Judge of the U.S. District Court
Northern District of California

---

DAVIS WRIGHT TREMAINE LLP

2
JOINT STIPULATION AND [PROPOSED] ORDER RE MOTION FOR PRELIMINARY INJUNCTION     SFO 316114v1 65187-634
Case No. 06-03808 SBA