HAROLD P. SMITH, ESQ. (SBN: 126985)
HARMEET K. DHILLON, ESQ. (SBN: 207873)
DHILLON & SMITH
214 Grant Avenue, Suite 400
San Francisco, CA 94108
Telephone: (415) 830-7400
Facsimile: (646) 219-3789

Attorneys for Defendant
Peralta Community College District

## IN THE UNITED STATES DISTRICT COURT

## THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| Clearwire Spectrum Holdings, LLC, a Nevada limited liability company,<br><br>           Plaintiff,<br><br>                    v.<br><br>Peralta Community College District, a California public agency,<br><br>           Defendant. | **Case No. 06-03808 SBA**<br><br>**STIPULATION AND ORDER MODIFYING FACT AND EXPERT DISCOVERY DEADLINES STATED IN OCTOBER 2, 2006 FOR PRETRIAL PREPARATION** |

   In order to accommodate the schedules of the witnesses in this matter, it is hereby stipulated and agreed by and between the parties, through their respective counsel, to extend certain fact and expert discovery deadlines stated in this Court's October 2, 2006 Order for Pretrial Preparation; as follows:

   1.   That the discovery cut-off in the above-captioned matter, which is currently February 15, 2007, shall be extended up to and including March 2, 2007;

   2.   That the deadline for the designation of expert witnesses be extended from February 9, 2007 up to and including March 2, 2007;

3. That the deadline for rebuttal expert disclosure shall be extended from February 23, 2007 up to and including March 16, 2007.

4. That the deadline to complete expert discovery shall be extended from March 12, 2007 up to and incluidng March 28, 2007.

5. No other dates stated in the October 2, 2006 Order for Pretrial Prepration shall be affected by the instant Stipulation and [Proposed] Order.

IT IS SO STIPULATED.

DATED January 11, 2007.

DHILLON & SMITH

By: _____
Harmeet K. Dhillon, Esq.
Attorneys for Peralta Community
College District


DAVIS WRIGHT TREMAINE LLP


By: ___/S/_____
Joseph E. Addiego III


The above Stipulation and [XXXXXX] Order Modifying Fact and Expert Discovery Deadlines Stated in October 2, 2006 for Pretrial Preparation is hereby adopted and approved by the Court. The parties are ordered to comply with this Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 10, 2007

_____
The Honorable Saundra Brown Armstrong
Judge of the U.S. District Court
Northern District of California

---

Stipulation and Order Extending Discovery Deadlines         **DHILLON & SMITH**
                        Page 2                              **CASE NO. 06-03808 SBA**