Joseph E. Addiego III (CA State Bar No. 169522)
Salle E. Yoo (CA State Bar No. 182703)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599
Email:         joeaddiego@dwt.com
               salleyoo@dwt.com

Attorneys for Plaintiff
Clearwire Spectrum Holdings, LLC

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Clearwire Spectrum Holdings, LLC, a Nevada limited liability company,<br><br>            Plaintiff,<br><br>      v.<br><br>Peralta Community College District, a California public agency,<br><br>            Defendant. | Case No.  06-03808 SBA<br><br>Action Filed:  June 16, 2006<br><br>**ORDER TO EXONERATE BOND** |

This matter is before the Court on Plaintiff Clearwire Spectrum Holdings, LLC's ("Clearwire") Motion to Exonerate Bond requesting that Clearwire's bond of $100,000 posted on July 28, 2006 as security for the Order Granting Clearwire's Application for Preliminary Injunction be exonerated.  The Court considered the materials filed on this issue and the pleadings in this matter and hereby ORDERS:

Clearwire's Motion to Exonerate Bond is GRANTED.  The Court further orders that Bond No. 08856929 is fully exonerated and that Clearwire and Fidelity & Deposit Company of Maryland

are fully discharged from any and all obligations set out in that Bond.  The Bond is to be returned to Fidelity & Deposit Company of Maryland.

      DATED this 10th day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

Davis Wright Tremaine LLP
Attorneys for Plaintiff

By:    */s/ Joseph E. Addiego III*
      Joseph E. Addiego III

DAVIS WRIGHT TREMAINE LLP

ORDER TO EXONERATE BOND     Case No. 106CV076534
SFO 373192v2 0065187-000634

## Proof of Service

1  I, Farshid Arjam, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

2  I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111.

3  I caused to be served the following documents:

### [PROPOSED] ORDER TO EXONERATE BOND

I caused the above document to be served on each person on the attached list by the following means:

☒ I enclosed a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on October 10, 2007, following the ordinary business practice.

☐ I enclosed a true and correct copy of said document in an envelope, and placed it for collection and mailing via Federal Express on         , for guaranteed delivery on         , following the ordinary business practice.

☐ I consigned a true and correct copy of said document for electronic transmission on         .

☐ I enclosed a true and correct copy of said document in an envelope, and consigned it for hand delivery by messenger on         , as indicated below counsel's address.

I am readily familiar with my firm's practice for collection and processing of correspondence for delivery in the manner indicated above, to wit, that correspondence will be deposited for collection in the above-described manner this same day in the ordinary course of business.

Executed on October 10, 2007, at San Francisco, California.

Farshid Arjam

Proof of Service
Case No. 106CV076534

## Service List

| | |
|---|---|
| Harmeet K. Dhillon<br>Harold P. Smith<br>DHILLON & SMITH<br>214 Grant Avenue, Suite 400<br>San Francisco, CA 94108<br><br>Tel: 415.433.1700\|<br>Fax: 415.520.6593<br><br>Emails:<br>harmeet@dhillonsmith.com<br>psmith@dhillonsmith.com<br>dlin@dhillonsmith.com<br><br>Attorneys for Defendants | Thuy Thi Nguyen<br>Peralta Community College District<br>333 East Eighth Street<br>Oakland, CA  94606<br><br>Tel: (510) 466-7200<br>     (510) 466-7218<br>Fax: (510) 587-7844<br><br>Email:<br>ttnguyen@peralta.edu<br><br>Attorneys for Defendants |